ORIGINAL

GEOFFREY WALKER
76-6128 Plumeria Rd.
Kailua Kona, Hawaii   96740
Telephone (808) 329-5325

Defendant Pro Se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 4 2006

at __12__ o'clock and __0__ min __p__ m
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GEOFFREY WALKER,　　(14)<br><br>　　　　　Defendant. | CR. NO. 01-00492-14 HG<br><br>DEFENDANT GEOFFREY WALKER'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; AFFIDAVIT OF GEOFFREY WALKER IN SUPPORT OF DEFENDANT WALKER'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

DEFENDANT GEOFFREY WALKER'S MOTION
FOR EARLY TERMINATION OF SUPERVISED RELEASE

Defendant GEOFFREY WALKER hereby moves that his supervised release be terminated early.  This motion is made pursuant to Rules 32.1(c) and 47, Federal Rules of Criminal Procedure and 18 USCA §3583(e)(1).

DATED: Kailua Kona, Hawaii, _13 DECEMBER 2006_.

_____
GEOFFREY WALKER
Defendant Pro Se