GEOFFREY WALKER
76-6128 Plumeria Rd.
Kailua Kona, Hawaii  96740
Telephone (808) 329-5325

Defendant Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 01-00492-14 HG |
| | ) | |
| Plaintiff, | ) | AFFIDAVIT OF GEOFFREY WALKER |
| | ) | IN SUPPORT OF DEFENDANT |
| vs. | ) | WALKER'S MOTION FOR EARLY |
| | ) | TERMINATION OF SUPERVISED |
| GEOFFREY WALKER, (14) | ) | RELEASE |
| | ) | |
| Defendant. | ) | |
| | ) | |

AFFIDAVIT OF GEOFFREY WALKER
IN SUPPORT OF DEFENDANT WALKER'S MOTION
FOR EARLY TERMINATION OF SUPERVISED RELEASE

| | | |
|---|---|---|
| STATE OF HAWAII | ) | |
| | ) | SS. |
| COUNTY OF HAWAII | ) | |

1. I, GEOFFREY WALKER, am the defendant in this case.

2. I pled guilty to both counts of the Information pursuant to the terms of Memorandum of Plea Agreement, dated August 6, 2002.

3. On December 6, 2002, I was sentenced to imprisonment for a total term of 21 months as to both counts of the information, to be served concurrently.

4. I was also sentenced to pay an assessment of $200.00 and to supervised release for five years upon release

from imprisonment; the release term consisted of five years supervised release for Count 1, conspiracy to possess with intent to distribute in excess of 100 grams of heroin, and three years for Count 2, possession of a firearm by an unlawful user of a controlled substance.

5. I paid the $200.00 assessment prior to sentencing.

6. I completed my term of imprisonment on June 25, 2004.

7. I have been on supervised release for nearly 30 months as of the time of this affidavit.

8. Except for two events, I have complied with all of the terms and condition of my supervised release.

9. I missed one required urine analysis shortly after my release from custody, but I have submitted to and passed all the other required UAs. I missed the one UA because I simply forgot. I was preoccupied with all the things I had to do get my life in order at the time.

10. Last year I received a verbal reprimand for having unapproved contact with a felon, Doug Ackerman. I invited Mr. Ackerman to my house to see if he could pour a cement slab. My probation officer came to the house at the same time and inquired about Mr. Ackerman. When I informed him that Mr. Ackerman was a felon I was reprimanded, but I did get permission for Mr. Ackerman to do the work. It was my intention to inform my

probation officer if Mr. Ackerman agreed to do the work. I also recently received permission for Mr. Ackerman to be my roommate.

11. I have not consumed any alcohol or controlled substances without a prescription since my arrest on December 20, 2001, and I remain committed to my recovery. The last time I took a controlled substance with a prescription was Thanksgiving Day 2005. On that day, I finished the prescription of Anexia that I was taking after my hip surgery.

12. I completed intensive outpatient substance abuse treatment at Hina Mauka prior to my sentencing. I completed aftercare with the Lokahi Treatment Center in December 2005.

13. I have been an active participant in Alcoholics Anonymous since January 2002.

14. Since my release from custody I have been attending a minimum of seven AA meetings per week.

15. I provide service to AA by manning the substance abuse hotline, and acting as a sponsor, inner group representative for the home group, and substitute chairperson for the Kailua Kona group business meeting.

16. I provide informal counseling and support to distressed veterans with substance abuse problems who are referred to me by the Kona Veterans Center and Kevin Kunz, M.D.

17. I am also participating in the 25 week Kona Veterans Center anger management course for the second time so I can help the other participants in the program.

18. I have been receiving mental health treatment since my release from custody.

19. I have one session per month with a Veteran's Administration psychiatrist and PTSD counseling at the Kona VA Center twice per month.

20. I have submitted all required probation reports and I have complied with all requests for information from my probation officer.

21. Upon my release from imprisonment in June 2004, I returned to my home at 76-6128 Plumeria Road in Kailua Kona, where I continue to reside.

22. I worked as a construction laborer until February 2005, when I was laid off. I received unemployment payments for six months, from March to August 2005.

23. I was excused from seeking further employment by my probation officer because of my disabilities.

24. In October 2005, I had my right hip replaced.

25. Because of my hip, I was awarded full disability from the Social Security Administration, effective August 2005. I now receive Social Security disability payments of $802.00 per month.

26. In January 2006, I was awarded 100% disability from the Veteran's Administration, retroactive to January 2005, for Post Traumatic Stress Disorder and major depression with secondary substance abuse. Prior to that I had 70% disability from the VA. As a result of the increased disability award, I now receive $2,395 per month from the VA plus full coverage for medical, dental, hearing, vision, and prescription medication.

27. My primary debts are my mortgage and my truck payment of $189.00 per month. My utilities are about $325 per month.

28. I received additional income of $1,600.00, from the rental of the main part of my residence until November 2006. I lived in the down stairs apartment. My mortgage payment is $1,079.00 per month.

29. At the end of November 2006 my tenants moved out because construction was completed on their new residence. I am in the process of moving myself into the main area of the house. I will have a roommate, Doug Ackerman, who will be paying $700.00 per month. I expect to rent the downstairs apartment, where I had been staying, for $1,200.00.

30. I was formerly a commercial fisherman with my own boat. I recently completed the sale of my boat but I still occasionally fish with others. I may have the opportunity to act as a fishing consultant outside the country or as an observer on

long-line fishing vessels out of Honolulu. I am also investigating the possibility of starting a gourmet fish canning business.

31. I feel that my life is on the right track and that I am no longer in need of supervision.

32. I just had my sixtieth birthday, my body seems to be breaking down, and I'm feeling much more mortal. I am much less attracted to the risky behavior of my past.

33. I have a whole new social group through AA that I enjoy very much, they are both very supportive and fun, and, of course, drug free.

34. I am financially secure because of my disability payments, rental income, and full health insurance coverage.

35. I am committed to my recovery from substance abuse and PTSD. If my supervised release is terminated I intend to participate in all the substance abuse and mental health programs I am currently attending.

36. I believe I have good prospects for the future and a high likelihood of leading a law abiding life.

//
//
//
//
//

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
GEOFFREY WALKER

Subscribed and sworn to before me
this 13th day of December 2006.

_____
Name: Phyllis F Connors
Notary Public, State of Hawaii
My Commission Expires: Aug 28, 2010

[Notary Seal: PHYLLIS F. CONNORS, NOTARY PUBLIC, STATE OF HAWAII]