Prob 35　　　　　　　　　　　　　　　　　　　Report and Order Terminating Probation /
(1/92)　　　　　　　　　　　　　　　　　　　　　　　　　　　　Supervised Release
　　　　　　　　　　　　　　　　　　　　　　　　　　　Prior to Original Expiration Date

## United States District Court
### FOR THE
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 9 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

　　　　　v.　　　　　　　　　　　　Criminal No. CR 01-00492HG-14

GEOFFREY WALKER

On 6/23/2004, the above named was placed on supervised release for a period of five (5) years years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he be discharged from supervised release at this time, having served approximately 31 months of supervision.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　J. MARTIN ROMUALDEZ
　　　　　　　　　　　　　　　　　U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 8th day of January, 2007.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HELEN GILLMOR
　　　　　　　　　　　　　　　　　Chief U.S. District Judge